# CURRICULUM VITAE

## Timothy James Proctor, Ph.D., ABPP
*Fellowship Trained & Board Certified in Forensic Psychology*
11882 Greenville Avenue, Suite 107; Dallas, Texas 75243
(972) 644-8686 (Tel); (972) 644-8688 (Fax)

**Licenses:**

Licensed Psychologist, State of Texas, #32021

Licensed Sex Offender Treatment Provider, State of Texas, #99180

**Board Certification & Fellow Status:**

Board Certified in Forensic Psychology, American Board of Professional Psychology, #6382

Fellow, American Academy of Forensic Psychology

**Education:**

| | |
|---|---|
| 8/05 to 8/07 | Postdoctoral Training Program, Psychopharmacology<br>Texas A&M University, College Station, Texas |
| 9/01 to 8/02 | Postdoctoral Fellowship, Forensic Psychology<br>University of Southern California – Keck School of Medicine,<br>Institute of Psychiatry, Law, and Behavioral Science, Los Angeles, California |
| 8/97 to 8/01 | Doctor of Philosophy, Clinical Psychology (Carmen Miller Michael Award Recipient)<br>The University of Texas Southwestern Medical Center Dallas, Texas (APA-approved) |
| 8/99 to 8/01 | Predoctoral Internship, Clinical Psychology<br>The University of Texas Southwestern Medical Center, Dallas, Texas (APA-approved) |
| 9/92 to 8/96 | Bachelor of Arts, Psychology<br>Texas A&M University, College Station, Texas |

**Professional Positions & Academic Appointments:**

| | |
|---|---|
| 10/02 to Present | Clinical & Forensic Psychologist, Price, Proctor & Associates, LLP, Dallas, Texas |
| 6/03 to Present | Clinical & Forensic Psychologist, Behavioral Measures & Forensic Services Southwest, Inc., Dallas, Texas |
| 5/05 to Present | Clinical Associate Professor, Department of Psychiatry<br>The University of Texas Southwestern Medical Center, Dallas, Texas<br>Additional Appointments/Responsibilities: Clinical Psychology Clinical Training, Graduate School of Biomedical Sciences, and Committee Forensic Psychiatry Fellowship Program |

| | |
|---|---|
| 9/02 to 12/03 | Adjunct Professor, Department of Psychology<br>Richland College, Richardson, Texas |
| 9/01 to 8/02 | Clinical Faculty, Department of Psychiatry<br>University of Southern California – Keck School of Medicine,<br>Institute of Psychiatry, Law, and Behavioral Science, Los Angeles, California |
| 1/02 to 9/02 | Adjunct Faculty, Department of Psychology<br>California State University – Los Angeles, Los Angeles, California |
| 8/98 to 8/02 | Teaching Assistant, Department of Psychiatry<br>University of Texas Southwestern Medical Center, Dallas, Texas |

**Clinical Experience:**

| | |
|---|---|
| 10/02 to Present | Independent Practice & Related Activities |
| 9/01 to 8/02 | Postdoctoral Fellowship (Forensic Psychology), University of Southern California – Keck School of Medicine, Institute of Psychiatry, Law, and Behavioral Science, Los Angeles, California |
| 9/01 to 8/02 | Postdoctoral Fellowship Outplacement (Forensic Psychology), Los Angeles County Jail – Twin Towers Correctional Facility, Los Angeles, California |
| 8/99 to 8/01 | Predoctoral Internship (Clinical Psychology), University of Texas Southwestern Medical Center, Dallas, Texas<br><br>Training Site (8/99 to 8/00): Federal Medical Center, Carswell, Federal Bureau of Prisons, Carswell, Texas<br><br>Training Site (9/00 to 9/01): Cystic Fibrosis Care and Teaching Center, Children's Medical Center, Dallas, Texas |
| 5/98 to 8/01 | Clinical Psychology Practicum, Southwestern Psychotherapy Service, Dallas, Texas |
| 5/98 to 5/00 | Clinical Psychology Practicum, Parkland Memorial Hospital—Psychiatric Emergency Room, Dallas, Texas |
| 5/98 to 8/99 | Clinical Psychology Practicum, Terrell State Hospital, Terrell, Texas |
| 9/96 to 5/97 | Psychology Practicum, Waco Center for Youth, Waco, Texas |
| 9/96 to 5/97 | Psychology Practicum, Klaras Center for Families, First-Time Offenders Program, Waco, Texas |
| 6/96 to 9/96 | Mental Health Therapist Technician, Mental Health/Mental Retardation Inpatient Crisis Residential Unit, Bryan, Texas |

| | |
|---|---|
| 5/96 to 5/96 | Undergraduate Psychology Practicum, Mental Health/Mental Retardation Inpatient Crisis Residential Unit, Bryan, Texas |

**University/Medical Center Teaching Experience:**

| | |
|---|---|
| 5/04 to Present | University of Texas Southwestern Medical Center, Dallas, Texas<br>Student Population: Doctoral Clinical Psychology Graduate Students<br>Courses/Supervision: Forensic Psychology Seminar, Southwestern Psychotherapy Service Supervisor, Internship Supervisor |
| 9/02 to 12/03 | Richland College, Richardson, Texas<br>Student Population: Undergraduate Students<br>Courses: Social Psychology, Introduction to Psychology |
| 9/01 to 8/02 | University of Southern California – Keck School of Medicine, Institute of Psychiatry, Law, and Behavioral Science, Los Angeles, California<br>Student Population: Medical Students/Psychiatry Residents<br>Course: Forensic Psychiatry Rotation |
| 1/02 to 9/02 | California State University – Los Angeles, Los Angeles, California<br>Student Population: Undergraduate Students<br>Courses: Psychology and the Law, Human Violence and Individual Change |
| 9/98 to 8/02 | University of Texas Southwestern Medical Center, Dallas, Texas<br>Student Population: Doctoral Clinical Psychology Graduate Students<br>Courses: Clinical Methods I Lab, Research Methods Lab |

**Research Experience:**

| | |
|---|---|
| 5/99 to 8/01 | Doctoral Research Apprenticeship, Productive Rehabilitation Institute of Dallas for Ergonomics (PRIDE), Dallas, Texas |
| 6/98 to 8/01 | Research Assistant (Clinical Psychology), Eugene McDermott Center for Pain Management, University of Texas Southwestern Medical Center, Dallas, Texas |
| 1/94 to 12/94 | Research Assistant (Social Psychology), Texas A&M University, College Station, Texas |

**Journal Affiliations:**

Ad Hoc Reviewer, Psychiatric Services (American Psychiatric Association)

Ad Hoc Reviewer, Psychology, Public Policy, and Law (American Psychological Association)

**Book Chapters:**

Proctor, T.J., McGarrahan, A.R., & Price, J.R. (2005). Treatment. In D.W. Shuman (Ed.), *Psychiatric and Psychological Evidence* (3rd ed.). Colorado Springs, CO: McGraw-Hill Inc.

Proctor, T.J., McGarrahan, A.R., & Price, J.R. (2005). The professions of psychiatry and psychology. In D.W. Shuman (Ed.), *Psychiatric and Psychological Evidence* (3rd ed.). Colorado Springs, CO: McGraw-Hill Inc.

McGarrahan, A.R., Proctor, T.J., & Price, J.R. (2005). Theories of mental illness. In D.W. Shuman (Ed.), *Psychiatric and Psychological Evidence* (3rd ed.). Colorado Springs, CO: McGraw-Hill Inc.

McGarrahan, A.R., Proctor, T.J., & Price, J.R. (2005). Psychological and psychiatric diagnosis. In D.W. Shuman (Ed.), *Psychiatric and Psychological Evidence* (3rd ed.). Colorado Springs, CO: McGraw-Hill Inc.

**Articles:**

Proctor, T.J., Mayer, T.G., Theodore, B, & Gatchel, R.J. (2005). Failure to complete functional restoration program for chronic musculoskeletal disorders: a prospective 1-year outcome study. *Archives of Physical Medicine & Rehabilitation, 86,* 1509-1515.

Proctor, T.J., Mayer, T.G., Gatchel, R.J., & McGeary, D.D. (2004). Unremitting health-care-utilization outcomes of tertiary rehabilitation of patients with chronic musculoskeletal disorders. *Journal of Bone & Joint Surgery – American Volume, 86A,* 62-69.

Anagnostis, C., Mayer, T.G., Gatchel, R.J, & Proctor, T.J. (2003). The Million VAS: Its utility for predicting outcomes following tertiary rehabilitation. *Spine, 28,* 1051-1060.

McGeary, D. D., Gatchel, R.J., Mayer, T.G., Anagnostis, C.J., & Proctor, T.J. (2003). Gender-related differences in treatment outcomes for patients with musculoskeletal disorders. *The Spine Journal, 3,* 197-203.

Neblett, R., Mayer, T.G., Gatchel, R.J., Keeley, J., Proctor, T.J., & Anagnostis, C. (2003). Quantifying the Lumbar Flexion-Relaxation Phenomenon: Theory, Normative Data, and Clinical Applications. *Spine, 28,* 1435-1446.

Hamza, M.A., White, P.F., Craig, W.F., Ghoname, E.A., Ahmed, H.E., Proctor, T.J., Noe, C.E., Vakharia, A.S., & Gajraj, N. (2000). Percutaneous electrical nerve stimulation (PENS): A novel analgesic therapy for diabetic neuropathic pain. *Diabetic Care, 23,* 365-370.

Proctor, T.J., Gatchel R.J., & Robinson, R. (2000). Psychosocial factors and risk of pain and disability. *Occupational Medicine: State of the Art Reviews, 15,* 803-812.

White, P.F., Phillips, J., Proctor, T.J., & Craig, W.F. (1999). Percutaneous electrical nerve stimulation: A promising alternative-medicine approach to pain management. *American Pain Society Bulletin, 9,* 3-5.

**Abstracts:**

Gatchel, R.J., Mayer, T.G., Anagnostis, C.J., & Proctor, T.J. (2002). Does gender significantly affect treatment outcomes in work-related chronic spinal disorders? *The Spine Journal, 2,* 13.

5

Mayer, T.G., Gatchel, R.J., Keeley, J., Anagnostis, C., Dersh, J., Proctor, T.J., & Wilhite, J. (2002). A randomized controlled trial of treatment for lumbar segmental rigidity and its association with facet syndrome. *The Journal of Pain, 3 (Supplement 1)*, 13.

Mayer, T.G, Neblett, R., Gatchel, R.J, Keeley, J., Proctor, T.J., Wilhite, J., Carrillo, P., & Anagnostis, C.J. (2002). Quantifying the lumbar flexion-relaxation phenomenon: A two-part study. *The Journal of Pain, 3 (Supplement 1)*, 53.

Mayer, T.G., Proctor, T.J., & Gatchel, R.J. (2002). The Million Visual Analogue Scale: Its utility for predicting outcomes after tertiary rehabilitation. *The Spine Journal, 2*, 15-16.

Neblett, R., Mayer, T.G., Gatchel, R.J., & Proctor, T.J. (2002). Quantifying lumbar flexion-relaxation phenomenon: Theory and clinical applications. *The Spine Journal, 2*, 97.

Proctor, T.J. (2002). A comprehensive biopsychosocial evaluation of functional restoration completion status in chronic musculoskeletal pain disability patients. *Dissertation Abstracts International, 62*, 3812.

**Research Presentations:**

Clayton, K.M., Bosworth, C., Murch, K.B., Reed, C.H., Proctor, T.J., & Price, J.R. (2014, March). *Positive Response Distortion (PRD) on the PAI vs. MMPI-2-RF among Law Enforcement/Firefighter Pre-Employment Examinees*. Presented at the Annual Conference of the American Psychology-Law Society, New Orleans, LA.

Mayer, T.G., R.J., Keeley, J., Dersh, J., Proctor, T., & Willhite, J. (2003, August). *A randomized controlled trial of treatment for lumbar segmental rigidity and its association with facet syndrome*. Poster presented at World Spine II: The Second Interdisciplinary Congress on Spine Care, Chicago, Illinois.

Mayer, T.G, Neblett, R., Gatchel, R.J, Keeley, J., Proctor, T.J., Wilhite, J., Carrillo, P., & Anagnostis, C.J. (2002, August). *Quantifying the lumbar flexion-relaxation phenomenon: A two-part study*. Presented at the 21st annual meeting of the American Pain Society, Baltimore, Maryland.

Mayer, T.G., Gatchel, R.J., Keeley, J., Anagnostis, C., Dersh, J., Proctor, T., & Willhite, J. (2002, March). *A randomized controlled trial of treatment for lumbar segmental rigidity and its association with facet syndrome*. Poster presented at the 21st annual meeting of the American Pain Society, Baltimore, Maryland.

Gatchel, R.J., Mayer, T.G., Anagnostis, C.J., & Proctor, T.J. (2001, November). *Does gender significantly affect treatment outcomes in work-related chronic spinal disorders?* Presented at the 16th annual meeting of the North American Spine Society, Seattle, Washington.

Proctor, T.J., Gatchel, R.J., & Mayer, T.G. (2001, November). *The Million VAS: Its utility for predicting outcomes following tertiary rehabilitation*. Presented at the 16th annual meeting of the North American Spine Society, Seattle, Washington.

Proctor, T.J. & Gatchel R.J. (2000, December). *Health utilization outcomes of chronic spinal disorder patients following functional restoration rehabilitation*. Poster presented at the 2001 University of Texas Southwestern Medical Center Sigma Xi Conference, Dallas, Texas.

6

Proctor, T.J., Mayer, T.G., Gatchel, R.J., & Ardilla, A. (2000, November). *Persistent health utilization outcomes of tertiary rehabilitation of chronic spinal disorders.* Presented at the 15th annual meeting of the North American Spine Society, New Orleans, Louisiana.

Neblett, R., Proctor, T.J., Mayer, T.G., & Gatchel, R.J. (2000, October). *Normalizing flexion-relaxation patterns in the low back pain population.* Poster presented at the 26th annual meeting of the Biofeedback Society of Texas, South Padre, Texas.

**Honors & Awards:**

| | |
|---|---|
| 2001 | Carmen Miller Michael Award (Clinical Psychology Student of the Year), University of Texas Southwestern Medical Center at Dallas, Division of Psychology, Dallas, Texas |
| 1996 | Cum Laude, Texas A&M University, College Station, Texas |
| 1994-1996 | Interfraternity Council Academic Excellence Award, Texas A&M University, College Station, Texas |
| 1993-1996 | Dean's List, Texas A&M University, College Station, Texas |
| 1992 | Hattie Zurfluh Academic Scholarship Recipient, Waco, Texas |

**Professional Affiliations:**

American Academy of Forensic Psychology

American Board of Forensic Psychology

American Board of Professional Psychology

American Psychological Association

American Psychology-Law Society

Psi Chi, National Honor Society in Psychology

Texas Psychological Association (Division Membership: Forensic Practice)