**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ALEXIS FOSTER** | § § § § | |
| v. | § | **CIVIL ACTION NO. 6:18-CV-269** |
| | § § | |
| **KLTV/KTRE LLC** | § § § | |

## ORDER

Before the Court is Defendant's Motion to Compel Mental/Psychological Examination of Plaintiff Pursuant to Federal Rule of Civil Procedure 35 (ECF 26). As a result of damages sought by Plaintiff in this case for psychological and emotional distress, Defendant seeks an examination of Plaintiff by its consulting expert witness, Dr. Tim Proctor. Plaintiff did not file a response to the motion. It is therefore

**ORDERED** that the Motion to Compel Mental/Psychological Examination of Plaintiff Pursuant to Federal Rule of Civil Procedure 35 (ECF 26) is **GRANTED**. Plaintiff shall submit to a mental examination to be performed by Defendant's consulting expert witness, Dr. Tim Proctor.

So ORDERED and SIGNED this 30th day of August, 2018.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE