# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ALEXIS FOSTER** § § § § | |
| **V.** § § § | **CIVIL ACTION NO. 6:18-CV-269** |
| § § | **JURY DEMANDED** |
| **KLTV/KTRE LLC** § | |

## ORDER OF DISMISSAL WITH PREJUDICE

**BE IT REMEMBERED** that on the date set forth below, came on to be considered by the Court, the Plaintiff's Motion to Dismiss with Prejudice filed by Plaintiff, **ALEXIS FOSTER**, in the above-entitled and numbered proceeding, thereby announcing to the Court that the matters in controversy between Plaintiff and Defendant, **KLTV/KTRE LLC**, have been settled, and by said Motion moved this Court to dismiss Plaintiff's claims against Defendant, **KLTV/KTRE LLC**, with prejudice to the rights of Plaintiff to re-file same, or any part thereof.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court that:

A. All claims of Plaintiff, **ALEXIS FOSTER**, against Defendant, **KLTV/KTRE LLC**, are hereby dismissed with prejudice;

B. Taxable court costs shall be paid by the party incurring the same; and

C. All relief requested by Plaintiff not specifically granted against Defendant, **KLTV/KTRE LLC**, is hereby expressly denied.