**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ALEXIS FOSTER,** | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. 6:18-CV-269 |
| **KLTV/KTRE LLC,** | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to Plaintiff Alexis Foster's Motion for Dismissal with Prejudice (Docket No. 31), the Court hereby enters Final Judgment. It is hereby

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

All motions by either party not previously ruled on are **DENIED**.

The Clerk of Court is directed to close this case.

**SIGNED this 10th day of October, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE